IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARON DENISE FAULK-FOSTER, *et al.* | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Case 8:19-cv-01265-PX |
| | * | |
| JULIA M. DYER, *et al.* | * | |
| | * | |
| Defendants | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), all parties consent to Plaintiffs' Sharon Denise Faulk-Foster and Vincent Lamont Miller's voluntary dismissal with prejudice of all claims in their Complaint. The parties respectfully request that this Honorable Court enter a dismissal of all counts against all Defendants in Plaintiffs' Complaint with prejudice. Each party will be responsible for his/her/its costs.

Respectfully submitted,

/s/
Emily Gunston (admitted *pro hac vice*)
Dennis A. Corkery (Bar No. 19076)
Washington Lawyers
Committee for Civil Rights and
Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, DC 20036
(240) 319-1000
Attorneys for Plaintiffs

/s/
Donald P. Salzman (Bar No. 16501)
Stephen J. Harburg (admitted *pro hac vice*)
Andrew Hanson (admitted *pro hac vice*)
Allen Davis (admitted *pro hac vice*)
Jessica R. Watters (admitted *pro hac vice*)
Todd D. Kelly (admitted *pro hac vice*)

Michael Clegg (admitted *pro hac vice*)
Kent T. Hiebel (admitted *pro hac vice*)
1440 New York Avenue NW
Washington, DC  20005
(202) 371-7000

Attorneys for Plaintiffs


_____/s/_____
Deborah A. Jeon (Bar No. 06905)
Sonia Kumar (Bar No. 07196)
ACLU of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, Maryland  21211
(410) 889-8550 x 103
Attorneys for Plaintiffs



MARC P. HANSEN
COUNTY ATTORNEY


_____/s/_____
Patricia Lisehora Kane, Chief
Division of Litigation
Federal Bar No. 13621
patricia.kane@montgomerycountymd.gov

Attorneys for Defendant Montgomery County, Maryland


101 Monroe Street, Third Floor
Rockville, Maryland  20850
(240) 777-6700


Filed: January 28, 2020